
RED ROCK FINANCIAL SERVICES

August 31, 2010

# REQUEST FOR NOTICE

In Re: MAURICE J JRODRIGUEZ-GALLARDO

Bankruptcy Number – 09-24408-LBR
Chapter - 13
**R67608**

To the Clerk of the U.S. Bankruptcy Court, the Debtor, the Attorney of record, the Trustee, and to all parties of interest.

Red Rock Financial Services request that all notice given in this case be given to and served upon the undersigned at the following address and telephone number:

> Vistana Condominium Unit Owners Association
> C/o Red Rock Financial Services
> 7251 Amigo Street # 100
> Las Vegas NV 89119
> Fax: 702-341-7733
> Phone: 702-932-6887

Michelle Prescott
Red Rock Financial Services